UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02006-CMA-CYC

STRIKE 3 HOLDINGS, LLC,

 Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 76.154.116.55,

 Defendant.

PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.154.116.55 are voluntarily dismissed with prejudice.

Dated:  August 21, 2025          Respectfully submitted,

                By: */s/ Jessica Fernandez*
                Jessica Fernandez
                Associate In-House Counsel
                General Media Systems, LLC
                11239 Ventura Blvd
                Suite #103 Box 717
                Studio City, CA 91604
                Phone: 818-253-1453
                Fax: 323-872-0022
                Jessica@Strike3Holdings.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.